

Malinda Miller
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
Malinda.Miller@lewisbrisbois.com
Direct: 973.856.8014

February 16, 2022

**Via ECF**
Attn.: Clerk of Court
U. S. District Court for the District of New Jersey
Martin Luther King Jr. Federal Building and U.S. Courthouse
50 Walnut St.
Newark, NJ 07101

      Re:    **E/O Donville Campbell v. Woodcliff Health, at al.**
             Civil Action Docket No.: 2:21-cv-20761-WJM-ESK
             State Court Docket No.: BER-L-7744-21

Dear Sir or Madam:

     This office represents Defendant Woodcliff Lake Health & Rehabilitation Center, LLC d/b/a Woodcliff Lake Health & Rehabilitation Center (i/p/a Woodcliff Health & Rehabilitation Center) ("Defendant") in the above referenced matter.

     Defendant Woodcliff Lake respectfully requests that the petition for removal to Federal Court be hereby withdrawn, and this matter be remanded to the Superior Court of New Jersey. In light of this request, Defendant further requests that the currently pending Motion for Remand and Motion to Dismiss be considered moot by this Court and thereby withdrawn.

     We thank the Court for its time and attention to this matter.

                    Respectfully submitted,

                    */s/ Malinda Miller*

                    Malinda Miller of
                    LEWIS BRISBOIS BISGAARD & SMITH LLP

MM:kea

cc: All counsel of record